UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:15-CV-357-TBR

GREG RALEY, JR.                                                                                    PLAINTIFF

V.

CONVERGENCE RECEIVABLES, LC                                                    DEFENDANT

*ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket. If settlement is not concluded within 30 days any party may move to have the case reinstated on the docket.

cc: Counsel